Decided May 23, 1990

RICHARD SHERBO *v.* JOHN R. MANSON,
COMMISSIONER OF CORRECTION

The petitioner Richard Sherbo's petition for certification for appeal from the Appellate Court, 21 Conn. App. 172, is denied.

*Kent Drager,* assistant public defender, and *G. Douglas Nash,* public defender, in support of the petition.

*Rita M. Shair,* deputy assistant state's attorney, in opposition.

Decided May 23, 1990